Diego Rodriguez
1317 Edgewater Drive #5077
Orlando, FL 32804
(208) 891-7728
freedommanpress@protonmail.com
*a Pro Se litigant*

# IN THE FLORIDA MIDDLE DISTRICT COURT
## OF THE UNITED STATES OF AMERICA

| | |
|---|---|
| DIEGO RODRIGUEZ, individually; LEVI ANDERSON, individually; MARISSA ANDERSON, individually; MIRANDA CHAVOYA, individually<br>          Plaintiffs,<br>  vs.<br><br>ST. LUKE'S HOSPITAL, a corporation; IDAHO DEPARTMENT OF HEALTH AND WELFARE, a corporation; DAVE JEPPESEN, an individual; TRACY JUNGMAN, an individual; ROXANNE PRINTZ, an individual; CITY OF MERIDIAN, a municipal corporation; KELSEY JOHNSTON, an individual; JEFF FULLER, an individual; STEVEN HANSEN, an individual; SEAN KING, an individual; KENNETH CAYGLE, an individual; CHRISTOPHER MCGILVERY, an individual; CHIEF TRACY BASTERRECHEA, an individual; and DOES I-X, inclusive, unknown parties<br>          Defendants. | Case No. 6:24-cv-486-WWB-EJK<br><br>**RESPONSE TO ORDER TO SHOW CAUSE** |

The Plaintiffs, DIEGO RODRIGUEZ, LEVI AND MARISSA ANDERSON, and MIRANDA CHAVOYA, respond to the order to show cause as follows:

## INTRODUCTION

This response/answer is given in response to the "Order to Show Cause" that was filed by the defendants on March 11th, 2024. This Order to Show Cause contained errors and simply did not properly transmit real facts which the record should properly declare:

**Lie** – The order stated, *"Plaintiffs filed the Complaint against Defendants alleging multiple claims arising out of a traffic stop and the emergency removal of Plaintiffs Levi and Marissa Anderson's child to protective custody…"* This is a false claim as it does not accurately describe the nature of the allegations. Primarily, there was no "traffic stop." On the contrary, the Plaintiffs were hunted down and even illegally tracked using a Constitutionally banned cell phone "ping" and were detained by police so that their child could be forcefully kidnapped and used as a tool of political retaliation against the Plaintiff's family. If this had been a traffic stop, there would be a record of a traffic violation, which there is not.

It is quite evident that this order was not written by any Federal judge, but rather by the counsel for the defendants, who have a history and a documented record of fabricating details in order to gain an unfair advantage through deception.

**Error** – The order stated, *"It appears that the events giving rise to this action all occurred in Idaho and Defendants are all residents or citizens of Idaho. Thus, it appears that venue is not properly laid in this Court."* But this, likewise, cannot be accurate as the U.S. Constitution itself, as properly described in the original complaint based on Article III, Section 2, Clause 1 declares that any controversy between citizens of different states be held in a Federal Court.

In addition to the necessity to clarify the above lie and error, it is necessary to maintain the case in a Federal Court in the state of Florida for the following reasons:

1. There is a substantial amount of localized hostility and media bias in the State of Idaho against the Plaintiffs and their associates.
2. A federal judge in Idaho has already demonstrated a severe and grotesque amount of judicial bias against at least one of the Plaintiffs and his associates.

## PROPER JURISDICTION AND VENUE

Pursuant to Article III, Section 2, Clause 1 of the United States Constitution, *"The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution…to controversies…<u>between Citizens of different States</u>."* As the Plaintiffs in this case are citizens of Florida and the Defendants are citizens of Idaho, jurisdiction is therefore proper in this Federal Court.

**The Plaintiffs are all citizens of Florida.** While it is noted that the defendants are mostly believed to be citizens of Idaho, a great sum of witnesses are citizens of several states and some are believed to now live abroad in foreign countries. At minimum, there will be witnesses called from California, Texas, Florida, Tennessee, Utah, Arizona, and potentially Mexico and New Zealand. So, there is no advantage based on *efficiency* or *convenience* to move the case to a location or district outside of the district in which the Plaintiffs all live.

Furthermore, as a result of protocols created during the "COVID Pandemic," all courtrooms are fully equipped with the ability and capacity to have testimony and trial procedures via video-calls or similar technology. Plaintiffs are fully prepared to accept, allow, or approve such technology for the court trial and its procedure(s) to the end that will allow maximum efficiency

for the court and the advancement of the case and trial.  Therefore, any claim based on efficiency or difficulty in getting witnesses to appear at trial is both null and void.

As noted in the original complaint, and likewise quoted in the Order, venue is proper per 28 U.S. Code § 1391(b)(3) which plainly states, *"if there is no district in which an action may otherwise be brought as provided in this section, <u>any judicial district</u> in which any defendant is subject to the court's personal jurisdiction with respect to such action."*

Since this case cannot be held in an Idaho-based court room due to extreme bias against the Plaintiffs in said courtrooms, and because of publicly documented bias by local judges and a Federal Court judge in Idaho, then 28 U.S. Code § 1391(b)(3) applies since <u>any defendant is subject to the jurisdiction of a Federal Judicial District</u>.  And in this case, the Plaintiffs all reside in the Florida Middle District Court.

## LACK OF IMPARTIAL JURY

The Sixth Amendment guarantees the right to an impartial jury and case law has demonstrated that any jurisdiction or geographical area where there is a significant amount of "localized hostility and media bias," simply does not permit proper justice because the ability to assemble an impartial jury becomes nearly impossible.

The State of Idaho has two primary news sources, The Idaho Statesman and the Idaho Press Tribune.  Both of these news entities have run a barrage of negative articles over the past 2 years against both Diego Rodriguez and his close associate, Ammon Bundy, and have seriously influenced the perception of the general population of Idaho.  In fact, a web search on each of their websites shows that in the last 2 years, the Idaho Press has published at least 70 negative articles against Diego and Ammon and the Idaho Statesman has published at least 58. That is a total of 128 negative articles in the mainstream Idaho press against them, which amounts to an average of 5 negative articles every month—or more than one per week for two years.  Plainly stated, by sheer magnitude and number of articles published, stories against Diego Rodriguez (a Plaintiff in this case) and his close associate, Ammon Bundy, were the most common story and the most popular topic published by the two major news media outlets in the state of Idaho.  The screenshots below demonstrate this to be true:



(https://www.google.com/search?q=site%3Aidahopress.com+ammon+bundy+diego+rodriguez)



(https://www.google.com/search?q=site%3Aidahostatesman.com+ammon+bundy+diego+rodriguez).

Local Idaho TV stations like KTVB, likewise, have published dozens of negative attack videos and "hit pieces" clearly designed to denigrate, humiliate, and damage the reputations of both Diego Rodriguez and his associate, Ammon Bundy, in the eyes of the Idaho public (as seen in the screenshot below):



(https://www.youtube.com/@ktvb7/search?query=ammon%20or%20diego)

### **EXTREME JUDICIAL BIAS IN THE STATE OF IDAHO**

This case has been filed following a previous case where the defendants (St. Luke's Hospital, et al) filed a lawsuit *against* at least one of the Plaintiffs and his associate (Diego Rodriguez and Ammon Bundy) and where Diego Rodriguez had exercised his First Amendment right to publish and expose facts about corruption and misconduct on behalf of several Idaho judges.  These judges clearly retaliated against both Diego Rodriguez and Ammon Bundy for exposing their misconduct.  One cannot expect a judge, nor his associates, to treat someone fairly in their courtroom who has previously exposed the judge's misconduct or is seen as the judge's enemy.  Certainly, JUSTICE will not prevail, nor will it *appear* to prevail when judges with a history of animus towards any particular party in a courtroom are allowed to have such trials in their venue when other more suitable venues are available.

Most specifically, Diego Rodriguez has published the following articles against judges in Idaho in the geographical area in which the events took place:

12 Counts of Misconduct from Corrupt Judge Lynn "Misconduct" Norton - https://stlukesexposed.ws/lawsuit/wicked-people/judge-lynn-norton/

Judge Lynn "Misconduct" Norton Violates the Constitution Again with Excessive Bail - https://stlukesexposed.ws/lawsuit/judge-lynn-norton-violates-the-constitution-again/

Judge Lynn Norton's Judicial Misconduct - https://stlukesexposed.ws/lawsuit/judge-lynn-norton-judicial-misconduct/

Judge Laurie Fortier and Laura Thompson: a Tale of Idaho's Lesbian Power Couple at the Heart of Child Trafficking - https://www.freedomman.ws/cyrus/kidnappers/laurie-fortier-laura-thompson/

Judge Lynn Norton Just Intentionally Broke the Law, Proving That She is Biased and Malicious and Unfit to Preside Over Our Case - https://freedomman.ws/2023/judge-lynn-norton-just-intentionally-broke-the-law-proving-that-she-is-biased/

Judge Lynn Norton and Erik He/Him/His Stidham Have Just Gag Ordered Me - https://freedomman.ws/2023/judge-lynn-norton-and-erik-stidham-just-gag-ordered-me/

Additionally, the State of Idaho only has 3 district judges for the entire state due to the small population of the state. Apparently, it has the fewest amount of district judges in any state in the country. With such small numbers, the federal judges are friends with one another and good friends with the local district judges in the state. It is known that the Federal District Judges in Idaho are friends and associates with the judges named above in the multiple publications that Diego Rodriguez (one of the Plaintiffs) made exposing bias, misconduct, and incompetence.

No reasonable viewer from the outside would ever conclude that justice was served, or even possible, in a courtroom where not only were the jury members outrageously biased due to extreme localized hostility and media bias, but where the judges are known to be friends and associates one with another and who have previously used their power to retaliate against Diego Rodriguez and Ammon Bundy, including issuing baseless warrants for their arrest and excessive bail on fraudulent "contempt of court" charges.

Furthermore, Idaho Federal district Judge David Nye, already proved himself to be extremely biased against Diego Rodriguez and his associate, Ammon Bundy, when he wrote a biased opinion chastising Diego and Ammon for things they had never done, but which he assumed they had done because of either the intense media bias and hostility against them, or because of his personal distaste for Diego and Ammon and for their stand for the Constitution and for Parental Rights.

More specifically, in his rejection to a motion to move the court case against Diego and Ammon into a Federal Court, a motion which was both warranted and necessary since Diego is a Florida citizen and the matter was more than $75,000, Federal Judge David Nye exposed his outrageous bias by writing:

*"Lastly, Bundy, Rodriguez, and the Plaintiff entities are admonished that, in the future, if they are ever in federal court again, they are expected to conduct themselves with civility as required under District of Idaho Local Rule (Civil) 83.8. While zealous advocacy is always anticipated, the Court takes great umbrage when parties denigrate or threaten opposing parties or counsel."* (MEMORANDUM DECISION AND ORDER Case No. 1:23-cv-00212 DCN).

> Lastly, Bundy, Rodriguez, and the Plaintiff entities are admonished that, in the future, if they are ever in federal court again, they are expected to conduct themselves with civility as required under District of Idaho Local Rule (Civil) 83.8. While zealous advocacy is always anticipated, the Court takes great umbrage when parties denigrate or threaten opposing parties or counsel.

This outrageous admonishment by Judge David Nye is a clear and evident demonstration of bias against Diego Rodriguez and Ammon Bundy as he is chastising these men for things they never did.  They never threatened or denigrated opposing parties, nor did they conduct themselves in Federal Court in any other way than that which would be considered "civil."  It is therefore evident that Judge David Nye's chastisement of these men was based on his own inherent bias and dislike for these men who had exercised their First Amendment rights to publicly expose judicial bias and misconduct committed by friends and associates of Judge David Nye.

One of the key elements at the heart of this court case is the BIASED NATURE OF THE IDAHO COURT SYSTEM.  The defendants desperately want to hold this trial in an Idaho court room because they have influence and connections which demonstrate that they will always win in Idaho because of the corrupt nature of the court there and the various bad actors within its system. The Plaintiffs have been at the forefront of exposing said corruption and are therefore widely recognized as enemies to the Idaho Court system and enemies of many powerful political figures in Idaho, including Idaho's Governor.  How would the public view the fairness and impartiality of a court trial held under the authority and jurisdiction of the very people that the Plaintiffs have spent the last two years exposing and denouncing for their misconduct, bias, and incompetence? ***<u>Justice and proper jurisprudence demand that this case be kept outside of Idaho and in a competent and impartial Federal District</u>***.

In short, in the interest of justice, no Idaho Court room could be considered reasonable since the small size of Idaho's population and the intense localized hostility and media bias simply do not allow for an impartial jury or an unbiased judge.

## **JUDICIAL EFFICIENCY AND CONVENIENCE**

In the interest of Judicial Efficiency, it is most proper to maintain this case in the Florida Middle District, as it is the district where all of the Plaintiffs reside and where many witnesses also reside.

Finally, if this case were to be transferred to another court, particularly to a court in the State of Idaho, the Plaintiffs will simply file a request for a change of venue and also an affidavit against the bias or prejudice of an Idaho judge according to 28 U.S. Code § 144.  These further motions, filings, and actions would only further bog down the court system and cause unnecessary delays to the case, making the process less efficient and effective. The right thing to do is to maintain the case in the Florida Middle District where the plaintiffs reside and where many witnesses to the case likewise reside, both for sake of convenience and mostly for the cause of JUSTICE.

DATED: March 20th, 2024			By: */s/ Diego Rodriguez*_____
						Diego Rodriguez

DATED: March 20th, 2024			By: */s/ Levi Anderson*_____
						Levi Anderson

DATED: March 20th, 2024			By: */s/ Marissa Anderson*_____
						Marissa Anderson

DATED: March 20th, 2024			By: */s/ Miranda Chavoya*_____
						Miranda Chavoya

## CERTIFICATE OF SERVICE

I certify I served a copy to:

| | |
|---|---|
| Erik Francis Stidham<br>Holland and Hart LLP<br>800 W. Main Street, Suite 1750<br>Boise, ID 83702-5974 | [  ]  By Mail<br>[  ]  By fax<br>[ X ]  By Email/iCourt/eServe |
| Idaho Department of Health & Welfare<br>450 W State St., Fl 10<br>Boise, ID 83702 | [  ]  By Mail<br>[ X ]  By fax (208-334-6558)<br>[ X ]  By Email (Questions@dhw.idaho.gov) |
| Dave Jeppesen<br>450 W State St., Fl 10<br>Boise, ID 83702<br>(dave.jeppesen@dhw.idaho.gov) | [  ]  By Mail<br>[ X ]  By fax (208-334-6558)<br>[ X ]  By Email |
| Roxanne Printz<br>450 W State St., Fl 10<br>Boise, ID 83702<br>(roxanne.printz@dhw.idaho.gov) | [  ]  By Mail<br>[ X ]  By fax (208-334-6558)<br>[ X ]  By Email |
| City of Meridian<br>1401 E. Watertower St.<br>Meridian, ID 83642<br>(communications@meridiancity.org) | [  ]  By Mail<br>[ X ]  By fax (208-846-7366)<br>[ X ]  By Email |
| Kelsey Johnston<br>1401 E. Watertower St.<br>Meridian, ID 83642<br>(kjohnston@meridiancity.org) | [  ]  By Mail<br>[ X ]  By fax (208-846-7366)<br>[ X ]  By Email |
| Jeff Fuller<br>1401 E. Watertower St.<br>Meridian, ID 83642 | [  ]  By Mail<br>[ X ]  By fax (208-846-7366)<br>[ X ]  By Email (jfuller@meridiancity.org) |
| Steven Hansen<br>1401 E. Watertower St.<br>Meridian, ID 83642 | [  ]  By Mail<br>[ X ]  By fax (208-846-7366)<br>[ X ]  By Email (shansen@meridiancity.org) |
| Sean King<br>1401 E. Watertower St.<br>Meridian, ID 83642 | [  ]  By Mail<br>[ X ]  By fax (208-846-7366)<br>[ X ]  By Email (sking@meridiancity.org) |

| | |
|---|---|
| Kenneth Caygle<br>1401 E. Watertower St.<br>Meridian, ID 83642 | [ ] By Mail<br>[ X ] By fax (208-846-7366)<br>[ X ] By Email (kcaygle@meridiancity.org) |
| Christopher McGilvery<br>1401 E. Watertower St.<br>Meridian, ID 83642<br>(cmcgilvery@meridiancity.org) | [ ] By Mail<br>[ X ] By fax (208-846-7366)<br>[ X ] By Email |
| Chief Tracy Basterrechea<br>1401 E. Watertower St.<br>Meridian, ID 83642<br>(tbasterrechea@meridiancity.org) | [ ] By Mail<br>[ X ] By fax (208-846-7366)<br>[ X ] By Email |

DATED: March 20th, 2024        By: */s/ Diego Rodriguez*
                                   Diego Rodriguez