Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
Facsimile:  208.343.8869
efstidham@hollandhart.com
jmjensen@hollandhart.com

Attorneys for DEFENDANTS ST. LUKE'S HOSPITAL and TRACY JUNGMAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DIEGO RODRIGUEZ, LEVI ANDERSON, MARISSA ANDERSON and MIRANDA CHAVOYA,<br><br>    Plaintiffs,<br><br>vs.<br><br>ST. LUKE'S HOSPITAL, IDAHO DEPARTMENT OF HEALTH AND WELFARE, DAVE JEPPSEN, TRACY JUNGMAN, FOXANNE PRINTZ, CITY OF MERIDIAN, KELSEY JOHNSTON, JEFF FULLER, STEVEN HANSEN, SEAN KING, KENNETH CAYGLE, CHRISTOPHER MCGILVERY, CHIEF TRACY BASTERRECHEA and DOES 1-X,<br><br>    Defendants. | Case No. 1:24-cv-00159-DCN<br><br>**MOTION TO DISMISS FOR INSUFFICENT SERVICE OF PROCESS** |

Defendants St. Luke's Hospital and Tracy Jungman (collectively "St. Luke's Parties") move, pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(5), to dismiss the Complaint and Demand for Jury Trial ("Complaint") filed by Plaintiffs Diego Rodriguez, Levi Anderson, Marissa Anderson, and Miranda Chavoya (collectively "Plaintiffs") for failure to

**MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS** - 1

properly effectuate service of process on St. Luke's Parties.  Plaintiffs have not properly served St. Lukes or Ms. Jungman within 90 days pursuant to Federal Rule of Civil Procedure 4(m) and the Complaint should accordingly be dismissed without prejudice.

WHEREFORE, St. Luke's Parties request that this Court enter an Order dismissing Plaintiffs Complaint under Federal Rule of Civil Procedure 12(b)(5)

WHERFORE, in the alternative, St. Luke's Parties request that Plaintiffs be required to show cause for their failure to effectuate service before they are given an extension of time to do so.

DATED:  July 17, 2024

        HOLLAND & HART LLP

        By: */s/Erik F. Stidham*
            Erik F. Stidham
            Jennifer M. Jensen

            ATTORNEYS FOR DEFENDANTS ST. LUKE'S HOSPITAL AND TRACY JUNGMAN

**MOTION TO DISMISS FOR INSUFFICENT SERVICE OF PROCESS** - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of July, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

n/a

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

> Diego Rodriguez
> Levi Anderson
> Marissa Anderson
> Miranda Chavoya
> 1317 Edgewater Dr. #5077
> Orlando, FL 32804

Via email:

> Diego Rodriguez - freedommanpress@protonmail.com

/s/ Erik F. Stidham
Erik F. Stidham
of HOLLAND & HART LLP

32424516_v1

**MOTION TO DISMISS FOR INSUFFICENT SERVICE OF PROCESS** - 3