Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: 208.342.5000
Facsimile: 208.343.8869
efstidham@hollandhart.com
jmjensen@hollandhart.com

Attorneys for DEFENDANTS ST. LUKE'S HOSPITAL and TRACY JUNGMAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DIEGO RODRIGUEZ, LEVI ANDERSON, MARISSA ANDERSON and MIRANDA CHAVOYA,<br><br>Plaintiffs,<br><br>vs.<br><br>ST. LUKE'S HOSPITAL, IDAHO DEPARTMENT OF HEALTH AND WELFARE, DAVE JEPPSEN, TRACY JUNGMAN, FOXANNE PRINTZ, CITY OF MERIDIAN, KELSEY JOHNSTON, JEFF FULLER, STEVEN HANSEN, SEAN KING, KENNETH CAYGLE, CHRISTOPHER MCGILVERY, CHIEF TRACY BASTERRECHEA and DOES 1-X,<br><br>Defendants. | Case No. 1:24-cv-00159-DCN<br><br>**DECLARATION OF ERIK F. STIDHAM IN SUPPORT OF MOTION TO DISMISS FOR INSUFFICENT SERVICE OF PROCESS** |

**DECLARATION OF ERIK F. STIDHAM IN SUPPORT OF MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS** - 1

I, Erik F. Stidham, being first duly sworn upon oath, depose and state as follows:

1. I am an attorney with the firm of Holland & Hart LLP ("Holland & Hart") and serve as counsel for the Defendants St. Luke's Hospital ("St. Luke's") and Tracy Jungman (collectively "St. Luke's Parties") in this case. I make this declaration based on my personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of the U.S. District Court, Middle District of Florida (Orlando), Civil Docket for Case #: 6:24-cv-00486-WWB-EJK.

3. Attached hereto as **Exhibit B** is a true and correct copy of the March 8, 2024 Complaint and Demand for Jury Trial.

4. Attached hereto as **Exhibit C** is a true and correct copy of the March 22, 2024 Order transferring the case from Florida to Idaho.

5. Attached hereto as **Exhibit D** is a true and correct copy of the current U.S. District Court, District of Idaho, Civil Docket for Case #: 1-24-cv-00159-DCN reflecting that no summonses have been issued.

6. Our firm learned of the filing of the complaint in the Middle District of Florida through our ongoing monitoring efforts of potential cases involving our clients.

7. Attached hereto as **Exhibit E** is a true and correct copy of the August 25, 2023 Findings of Fact, Conclusions of Law and Order for Injunctive Relief filed in the Ada County, Fourth Judicial District Case No.: CV01-22-6789 lawsuit.

8. Attached hereto as **Exhibit F** is a true and correct copy of the March 11, 2024 announcement from Diego Rodriguez titled "Big Announcement – We are suing St. Luke's Hospital, the Idaho Department of Health and Welfare, and the Meridian Police Department."

**DECLARATION OF ERIK F. STIDHAM IN SUPPORT OF MOTION TO DISMISS FOR INSUFFICENT SERVICE OF PROCESS** - 2

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge.

DATED:  July 17 2024

                                               By: */s/Erik F. Stidham*
                                                    Erik F. Stidham

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of July, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

n/a

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

>Diego Rodriguez
>Levi Anderson
>Marissa Anderson
>Miranda Chavoya
>1317 Edgewater Dr. #5077
>Orlando, FL 32804

Via email:

>Diego Rodriguez - freedommanpress@protonmail.com

/s/ Erik F. Stidham
Erik F. Stidham
of HOLLAND & HART LLP

32424627_v1

**DECLARATION OF ERIK F. STIDHAM IN SUPPORT OF MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS** - 4