# EXHIBIT A

# U.S. District Court
# Middle District of Florida (Orlando)
# CIVIL DOCKET FOR CASE #: 6:24-cv-00486-WWB-EJK

Rodriguez et al v. St. Luke's Hospital et al  
Assigned to: Judge Wendy W. Berger  
Referred to: Magistrate Judge Embry J. Kidd  
Demand: $9,999,000  
Cause: 42:1981 Civil Rights  

Date Filed: 03/08/2024  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Diversity  

**Plaintiff**

**Diego Rodriguez**  
*individually*

represented by **Diego Rodriguez**  
1317 Edgewater Drive #5077  
Orlando, FL 32804  
208-891-7728  
PRO SE  

**Plaintiff**

**Levi Anderson**  
*individually*

represented by **Levi Anderson**  
PRO SE  

**Plaintiff**

**Marissa Anderson**  
*indivisually*

represented by **Marissa Anderson**  
PRO SE  

**Plaintiff**

**Miranda Chavoya**  
*individually*

represented by **Miranda Chavoya**  
PRO SE  

V.

**Defendant**

**St. Luke's Hospital**  
*a Corporation*

**Defendant**

**Idaho Department of Health and Welfare**  
*a Corporation*

**Defendant**

**Dave Jeppesen**  
*an individual*

**Defendant**

**Tracy Jungman**  
*an individual*

**Defendant**

**Roxanne Printz**
*an individual*

**Defendant**

**City of Meridian**
*a municipal corporation*

**Defendant**

**Kelsey Johnston**
*an individual*

**Defendant**

**Jeff Fuller**
*an individual*

**Defendant**

**Steven Hansen**
*an individual*

**Defendant**

**Sean King**
*an individual*

**Defendant**

**Kenneth Caygle**
*an individual*

**Defendant**

**Christopher McGilvery**
*an individual*

**Defendant**

**Chief Tracy Basterrechea**
*an individual*

**Defendant**

**Does I–X**
*inclusive, unknown parties*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2024 | 1 | COMPLAINT against All Defendants with Jury Demand Filing fee $405.00, receipt number ORL–110997 filed by All Plaintiffs. (Attachments: # 1 Civil Cover Sheet)(Chambers notified)(EAM) (Entered: 03/08/2024) |
| 03/11/2024 | 2 | **NOTICE TO COUNSEL AND PARTIES: The Middle District of Florida's revised Local Rules become effective February 1, 2021 and can be found on the Court's public website https://www.flmd.uscourts.gov/local–rules. Additionally, the undersigned has issued Standing** |

| | | |
|---|---|---|
| | | Orders, available at https://www.flmd.uscourts.gov/judges/wendy–berger, that apply to all proceedings before the undersigned. For a just and efficient resolution of this case, the parties are DIRECTED to read and comply with the Middle District of Florida's Local Rules and this Court's Standing Orders. See Local Rule 1.01(a). Failure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action or entry of default without further notice. Signed by Judge Wendy W. Berger on 3/11/2024. (RMF) (Entered: 03/11/2024) |
| 03/11/2024 | 3 | **ORDER ON DISCOVERY MOTIONS. Signed by Magistrate Judge Embry J. Kidd on 3/11/2024. (JOR)** (Entered: 03/11/2024) |
| 03/11/2024 | 4 | **ORDER to Show Cause: it is ORDERED that Plaintiffs shall SHOW CAUSE on or before March 25, 2024, as to why this case should not be dismissed or transferred for lack of venue. Failure to do so may result in the dismissal or transfer of this case without further notice. Signed by Judge Wendy W. Berger on 3/11/2024. (RMF)** (Entered: 03/11/2024) |
| 03/20/2024 | 5 | RESPONSE TO ORDER TO SHOW CAUSE re 4 Order to show cause, filed by Levi Anderson, Marissa Anderson, Miranda Chavoya, Diego Rodriguez.(e–portal) (EAM) (Entered: 03/20/2024) |
| 03/22/2024 | 6 | **ORDER re 5 Response to order to show cause: it is ORDERED that, pursuant to 28 U.S.C. § 1406(a), the Clerk of Court shall TRANSFER this case to the District of Idaho for all further proceedings. Signed by Judge Wendy W. Berger on 3/22/2024. (RMF)** (Entered: 03/22/2024) |