# EXHIBIT D

# U.S. District Court
## District of Idaho (LIVE) NextGen 1.7 (Boise - Southern)
## CIVIL DOCKET FOR CASE #: 1:24-cv-00159-DCN

Rodriguez, et al. v. St. Luke's Hospital, et al.
Assigned to: Judge David C. Nye
Demand: $9,999,000
Case in other court:  Florida Middle, 6:24-cv-00486
Cause: 42:1981 Civil Rights

Date Filed: 03/27/2024
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**Diego Rodriguez**
*individually*

represented by **Diego Rodriguez**
1317 Edgewater Drive #5077
Orlando, FL 32804
208-891-7728
PRO SE

**Plaintiff**

**Levi Anderson**
*individually*

represented by **Levi Anderson**
PRO SE

**Plaintiff**

**Marissa Anderson**
*indivisually*

represented by **Marissa Anderson**
PRO SE

**Plaintiff**

**Miranda Chavoya**
*individually*

represented by **Miranda Chavoya**
PRO SE

V.

**Defendant**

**St Lukes Hospital**
*a Corporation*

**Defendant**

**Idaho Department of Health and Welfare**
*a Corporation*

**Defendant**

**Dave Jeppesen**
*an individual*

**Defendant**

**Tracy Jungman**
*an individual*

**Defendant**

**Roxanne Printz**
*an individual*

**Defendant**

**City of Meridian**
*a municipal corporation*

**Defendant**

**Kelsey Johnston**
*an individual*

**Defendant**

**Jeff Fuller**
*an individual*

**Defendant**

**Steven Hansen**
*an individual*

**Defendant**

**Sean King**
*an individual*

**Defendant**

**Kenneth Caygle**
*an individual*

**Defendant**

**Christopher MCGILVERY**
*an individual*

**Defendant**

**Chief Tracy Basterrechea**
*an individual*

**Defendant**

**Does I-X**
*inclusive, unknown parties*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 03/08/2024 | 1 | COMPLAINT against All Defendants with Jury Demand Filing fee $405.00, receipt number ORL-110997 filed by All Plaintiffs. (Attachments: # 1 Civil Cover Sheet)(Chambers notified)(EAM) |
| 03/11/2024 | 2 | **NOTICE TO COUNSEL AND PARTIES:** The Middle District of Florida's revised Local Rules become effective February 1, 2021 and can be found on the Court's public website https://www.flmd.uscourts.gov/local-rules. Additionally, the undersigned has issued Standing Orders, available at https://www.flmd.uscourts.gov/judges/wendy-berger, that apply to all proceedings before the undersigned. For a just and efficient resolution of this case, the parties are DIRECTED to read and comply with the Middle District of Florida's Local Rules and this Court's Standing Orders. See Local Rule 1.01(a). Failure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action or entry of default without further notice. Signed by Judge Wendy W. Berger on 3/11/2024. (RMF) |

| | | |
|---|---|---|
| 03/11/2024 | 3 | **ORDER ON DISCOVERY MOTIONS. Signed by Magistrate Judge Embry J. Kidd on 3/11/2024. (JOR)** |
| 03/11/2024 | 4 | **ORDER to Show Cause: it is ORDERED that Plaintiffs shall SHOW CAUSE on or before March 25, 2024, as to why this case should not be dismissed or transferred for lack of venue. Failure to do so may result in the dismissal or transfer of this case without further notice. Signed by Judge Wendy W. Berger on 3/11/2024. (RMF)** |
| 03/20/2024 | 5 | RESPONSE TO ORDER TO SHOW CAUSE re 4 Order to show cause, filed by Levi Anderson, Marissa Anderson, Miranda Chavoya, Diego Rodriguez.(e-portal) (EAM) |
| 03/22/2024 | 6 | **ORDER re 5 Response to order to show cause: it is ORDERED that, pursuant to 28 U.S.C. § 1406(a), the Clerk of Court shall TRANSFER this case to the District of Idaho for all further proceedings. Signed by Judge Wendy W. Berger on 3/22/2024. (RMF)** |
| 03/27/2024 | 7 | Case transferred in from District of Florida Middle; Case Number 6:24-cv-00486. Original file certified copy of transfer order and docket sheet received. |
| 03/27/2024 | 8 | DOCKET ENTRY NOTICE: All out of state counsel need to obtain local counsel and file an Application for Pro Hac Vice. Please see Local Rule, Civil Rule 83.4 Bar Admission) Pro Hac Vice/Local Counsel and ECF Procedures 3. Registration, Logins and Passwords. B. Limited Registered Participants.1. (jd) |

| | |
|---|---|
| **PACER Service Center** | |
| **Transaction Receipt** | |
| 07/16/2024 11:11:18 | |
| **PACER Login:** HollandHart13 | **Client Code:** |
| **Description:** Docket Report | **Search Criteria:** 1:24-cv-00159-DCN |
| **Billable Pages:** 2 | **Cost:** 0.20 |