# EXHIBIT F



# BIG ANNOUNCEMENT - We Are Suing St. Luke's Hospital, the Idaho Department of Health and Welfare, and the Meridian Police Department



March 11th, 2024 | by Diego Rodriguez

**Click here to read the formal complaint / lawsuit.**

**TRANSCRIPTION OF THE VIDEO ABOVE:**

I have some good news and an important announcement to make today on this 2nd year anniversary of the day my Grandson, Baby Cyrus, was viciously kidnapped at gunpoint by feckless and incompetent Meridian Police officers, as willfull participants in the Government Subsidized Child Trafficking Ring known as CPS.

Now, if you've followed this case over the last 2 years, you know how God used this case to highlight and expose the corruption and wickedness that exists not only in the overall CPS child trafficking system, but all the way down to the local participants in this child trafficking ring, like the corrupt Idaho court system, the lesbian judge Laurie Fortier, psychopathic cops like Jeff Fuller, and Steven "Go on your merry way" Hansen, and Belligerent Tyrant Sargent Christopher McGilvery. Also, St. Luke's hospital and their systems and procedures for tyrannizing parents and sucking up money out of the system while incompetently misdiagnosing patients was put on full display.

And the majority of you have stood back in horror as you watched St. Luke's Hospital respond to the fact that they finally got caught, and finally were exposed, by suing Ammon Bundy and I for defamation and ultimately, by using Idaho's corrupt court system, and specifically corrupt and wicked judges Lynn "Misconduct" Norton and Nancy Bulldyke Baskins, they were able to fraudulently get a judgment for $52 million dollars while breaking every applicable rule, law, and statute, including both the Idaho State Constitution and the U.S. Constitution. But it's Idaho—we get it. It's wicked and corrupt and there is no justice in Idaho. Okay okay, that's fine, we get it.

Now, I am appealing that case and it is currently before the Idaho Supreme Court where we expect the Idaho Supreme Court to simply dismiss it even though there is a mountain of evidence in our favor. Why? Because it's Idaho. There is no justice there. It's just the good ol boys network of corrupt judges and politicians scratching each other's backs and keeping themselves in power. Obviously, God could do a miracle there, but it would literally take a MIRACLE in order to ever get justice in Idaho.

So now, I have some good news for those of you who have been paying attention to the story. Here it is… Last Friday, I filed a $10 million dollar lawsuit against the Idaho Department of Health and Welfare, the Meridian Police Department, and St. Luke's Hospital, and specifically named multiple bad actors from those agencies in the lawsuit. I am suing them on 12 different causes of action including: kidnapping, child endangerment, intentional infliction of emotional distress, official misconduct, negligent training and supervision, abuse of process, unlawful arrest, intentional battery, unlawful and excessive force, negligence, sexual abuse, and defamation.

We have very specific evidence for each of those charges and claims. They can't be refuted. They are guilty of these crimes. Of course, the last lawsuit about defamation against Ammon and I was bogus and we weren't even allowed to bring evidence to the case. And all of my responses which included detailed information about facts and evidence were struck from the case by Judge Lynn Misconduct Norton, in violation of due process and multiple other rights, meaning that the jury would never be allowed to see any evidence. But it wouldn't have mattered because the jury was tampered with anyway, and likely had members who were employees or spouses of employees



*Learn about the wickedness of St. Luke's Hospital and their fraudulent cover-up lawsuit!*





Baby Cyrus Facebook Page

**Baby Cyrus Quick Links:**

- Original Story of What Happened
- Archive of All Updates
- Child Trafficking Resources
- Laws That Were Broken
- Lies the Media Has Told
- P.A.C.T. Rally
- People Responsible for Baby Cyrus's Kidnapping
- Pictures of Baby Cyrus
- Press Conferences
- The Timeline
- Videos

of St. Luke's Hospital itself, and even an employee of the Bureau of Land Management—who all hate Ammon Bundy. And we also have evidence of all that.

So if the court system is so corrupt, then why bother filing a case at all, you might ask? Well, that admittedly is a good question, and I've got 3 reasons why you should be excited to hear the answer:

**1. I filed the lawsuit in a Federal Court here in Florida!** Article 3, Section 2, Clause 1 of the US Constitution requires that controversies between citizens of different states be handled in a Federal courtroom to help eliminate bias. Well, Idaho Federal Judge David Nye, the same judge who protected queers and trannies from going into girls bathrooms in Idaho, rejected the Constitution and forced the original lawsuit back down to the Idaho district court—even though I was a citizen of Florida when St. Luke's sued us, so that's why the case against Ammon and I was in an Idaho District court and not a federal court. St Luke's Attorneys desperately need any case to be fought in Idaho where they will win because the system is corrupt there in Idaho. So the good news for this new case I just filed on Friday is that it will not be fought in an Idaho courtroom, but a federal courtroom, and specifically in the Middle District of Florida. So St. Luke's will have to follow actual rules and will not be in cahoots with corrupt judges like they are in Idaho. Now, they will lose any case fought outside of Idaho and they know it. So we fully expect them to beg, borrow, steal, or bribe their way back into Idaho. Undoubtedly they will do whatever they have to do to try to bring this lawsuit back to Idaho, because it is the only place corrupt enough where they could win. We'll cross those bridges as we come to them, but for now, the good news is that the case was filed in Federal Court here in Florida.

**2. A Florida judge has already rejected St. Luke's judgment in Florida.** Since I am a citizen of Florida and not Idaho, the judgment St. Luke's has against me had to be "domesticated" to Florida which means that the sovereign state of Florida would recognize the Idaho judgment as being legitimate here in Florida. All 50 states have a procedure for domesticating any judgment from another state to its own. However, once a Florida judge took a look at how fraudulently the lawsuit was handled in Idaho, he denied the domestication and closed the domestication case in Florida. That means that the judgment they have is null and void against me here in Florida. It's not even worth the paper it's written on! So yeah, there is more justice here in Florida where the judges are not on the IACI dole.

**3. The only case against CPS and a hospital that was ever won was here in Florida last year, at least that I'm aware of.** The famous "Take Care of Maya" case which was featured in a Netflix documentary finally came to a close last last year in 2023, and the victimized family was awarded over $210 million from the evil hospital and CPS. Yes, CPS is wicked everywhere as are allopathic hospitals. But for the first time, here in Florida, they got spanked and slapped back. They now have to pay out over $210 million dollars for kidnapping Maya just like they kidnapped Baby Cyrus. In fact, the evidence and case we have against CPS, the Meridian Police Department, and St. Luke's Hospital, is much worse and more plentiful than the evidence they had in the Take Care of Maya case. So the reality of that case hangs over this new case we just filed and it also is a nice carrot for any potential godly law firm who would want to jump in and help us win the case.

Lastly of course, we have God, the TRUTH, and all of you on our side. If in the end, even if we don't "win" anything, I would still count it a WIN if millions of more Americans are exposed to the truth of Government Subsidized Child Trafficking throughout the public promotion of this new lawsuit. If we can save just one more child from being kidnapped and abused, or sex trafficked, or worse, disappearing which happens so frequently with CPS, or we are able to prevent just one more family from being destroyed by this evil system—then it is all worth it.

So there's lots of work to do and I need your help. And the help I need is simply this▢—I humbly ask you to lift our family up in prayer as we push this case forward. Pray for justice in this case. Whether you believe in the power of prayer or no, please help us to pray. It works. It's powerful and it has got us this far, and we believe it will take us all the way.

So God bless you. And may God bring peace and help to all of the families who are victims of Government Subsidized Child Trafficking in America.

*Diego Rodriguez*



...using against them. Love that he meant "the gates of hell" – the gates of hell shall not prevail against His church. He's on offense, breaking down those gates to charge in on a white horse and take back the keys and everything else that rightfully belonged to Him in the first place.

👍 0   👎 0   Reply

**Adrianna T.**
4 months ago

YES YES YES!!! I have been waiting and hoping for this day to come!

Seeing the strength you have to persist and fight to do God's will is so inspiring. Reminds me of the quote: "Duty is ours...results belong to God."

Praying for you all as you continue to fight this evil and corruption.

👍 1   👎 0   Reply

**Jeff Thomsen**
4 months ago

Anytime I see Cyrus my day is made. He looks like an indescribably fun loving character who really takes on life. You all are in my prayers. I had a go-round with Washington State CPS over a car of all things where they made a duplicate title for my car and five others over the "debt" of a previous owner after the actual facts. I chased down all the evidence proving ex post facto and took it to an Ombudaman after a full year of fighting with CPS. I won and they had to send me their title for my car. I did write a three page short story on this chain of events. My research and action saved five other car owners as well and the story is in one of my books. CPS was lawless beyond description.

👍 1   👎 0   Reply

**Agape Jubilee**
4 months ago

I've been following your case since Baby Cyrus was kidnapped - as a grandmother of 16 and great-grandmother of 11 children, it horrified me! I'm grateful none of my family live in Idaho! Your family is always in my prayers, and the Bundy family, too. I saw the videos when the government was after them, and they ambushed and gunned down Cliven Bundy... that was also horrifying! I believe you all are on God's side, so that's more powerful than anything against these evil people!! God bless you all and stay strong in your fight against this tyranny!! Our country is in dire trouble with the criminals who are running everything... they steal elections, lock up innocent people (especially their competitors), parents, and steal children. I'm afraid we're headed toward another civil war, and there isn't anything "civil" about it.

👍 1   👎 0   Reply

**Larry B**
6 days ago

Rejoicing with your family. Requesting prayers for our family as we are experiencing our own medical kidnap nightmare. My granddaughter was taken from us in February of 2022 @ 4-mos of age. My son was falsely accused of abusing his own daughter and hasn't seen her in over 2 years. We have an angel from God in the person of an orthopedic surgeon who reviewed my granddaughter's medical record and formed a totally different (NOT N.A.T.) medical opinion which should exonerate my son and bring his daughter home. We are awaiting new hearings based on the new evidence.

👍 0   👎 0   Reply

Subscribe   Privacy   Do Not Sell My Data                                DISQUS

---

**ADDRESS:**
1317 Edgewater Dr #5077
Orlando, FL 32804

Freedom Man Links
Contact Us

**SITE INFORMATION:**
Privacy Policy
Terms and Conditions
Site Map
About Us

**SITE SECURED BY:**



© 2016 - 2024 Freedom Man Press