Bruce J. Castleton   ISB No. 6915
CASTLETON LAW PLLC
10400 Overland Road #238
Boise, ID   83709
Telephone No. (208) 629-4590
Facsimile No. (208) 509-4814
Email: bruce@castletonlegal.com

*Attorney for City of Meridian, Kelsey Johnston, Jeff Fuller,*
*Steven Hansen, Sean King, Kenneth Caygle,*
*Christopher McGilvery and Tracy Basterrechea*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DIEGO RODRIGUEZ, individually; LEVI ANDERSON, individually, MARISSA ANDERSON, individually, MIRANDA CHAVOYA, individually,<br><br>　　Plaintiffs,<br><br>vs.<br><br>ST. LUKE'S HOSPITAL, a corporation; IDAHO DEPARTMENT OF HEALTH & WELFARE, a corporation; DAVE JEPPESEN, an individual; TRACY JUNGMAN, an individual; ROXANNE PRINTZ, an individual; CITY OF MERIDIAN, a municipal corporation; KELSEY JOHNSTON, an individual; JEFF FULLER, an individual; STEVEN HANSEN, an individual; SEAN KING, an individual; KENNETH CAYGLE, an individual; CHRISTOPHER MCGILVERY, an individual; CHIEF TRACY BASTERRECHEA, an individual; and DOES I-X, inclusive, unknown parties,<br><br>　　Defendants. | Case No. 1:24-cv-00159-DCN<br><br>**MERIDIAN DEFENDANTS' JOINDER IN ST. LUKE'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS (Dkt. 9)** |

**MERIDIAN DEFENDANTS' JOINDER IN ST. LUKE'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS (Dkt. 9) -  1.**

Defendants City of Meridian, Kelsey Johnston, Jeff Fuller, Steven Hansen, Sean King, Kenneth Caygle, Christopher McGilvery and Tracy Basterrechea ("Meridian Defendants"), through their attorney Bruce J. Castleton of Castleton Law PLLC, do hereby join with Defendants St. Luke's Hospital and Tracy Jungman in their Motion to Dismiss for Insufficiency of Service of Process.

These Defendants assert that as of the date of this Joinder none of them have received service of the complaint and summons in this matter as required by Rule 4 of the Federal Rules of Civil Procedure.

DATED this 26th day of July, 2024.

                               CASTLETON LAW PLLC

                               By /s/ *Bruce J. Castleton*
                                    Bruce J. Castleton, Of the Firm
                                    Attorney for Defendants City of Meridian, Johnston, Fuller, Hansen, King, Caygle, McGilvery and Basterrechea

**MERIDIAN DEFENDANTS' JOINDER IN ST. LUKE'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS (Dkt. 9) - 2.**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 26th day of July, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Diego Rodriguez<br>1317 Edgewater Drove. #5077<br>Orlando, FL 32804<br>*Pro Se Litigant* | freedommanpress@protonmail.com |
| Erik F. Stidham<br>Holland & Hart LLP<br>800 W. Main Street, Ste 1750<br>Boise, ID 83702<br>*Attorneys for Defendants St. Lukes Hospital and Jungman* | efstidham@hollandhart.com |

                                                   */s/ Bruce J. Castleton*
                                                   BRUCE J. CASTLETON

**MERIDIAN DEFENDANTS' JOINDER IN ST. LUKE'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS (Dkt. 9) - 3.**