RAÚL R. LABRADOR
STATE OF IDAHO, ATTORNEY GENERAL

James E. M. Craig
Chief, Civil Litigation Division

Joseph M. Aldridge
ISB #9194; jma@sgaidaho.com
Special Deputy Attorney General
Keegan C. Hahn
ISB #11298; kch@sgaidaho.com
SCANLAN GRIFFITHS + ALDRIDGE
913 W. River Street, Suite 310
Boise, Idaho 83702
Telephone (208) 991-1200
Fax (208) 908-0043

*Attorneys for Idaho Department
of Health and Welfare, Dave Jeppesen,
and Roxanne Printz*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DIEGO RODRIGUEZ, individually; LEVI ANDERSON, individually; MARISSA ANDERSON, individually; MIRANDA CHAVOYA, individually<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ST. LUKE'S HOSPITAL, a corporation; IDAHO DEPARTMENT OF HEALTH AND WELFARE, a corporation; DAVE JEPPESEN, an individual; TRACY JUNGMAN, an individual; ROXANNE PRINTZ, an individual; CITY OF MERIDIAN, a municipal corporation; KELSEY JOHNSTON, an individual; JEFF FULLER, an individual; STEVEN HANSEN, an individual; SEAN KING, an individual; KENNETH CAYGLE, an | Case No. 1:24-cv-00159<br><br>**MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS** |

**MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS - 1**

individual; CHRISTOPHER MCGILVERY, an individual; CHIEF TRACY BASTERRECHEA, an individual; and DOES 1-X, inclusive, unknown parties

        Defendants.

COME NOW Defendants the Idaho Department of Health and Welfare, Dave Jeppesen, and Roxanne Printz (hereinafter collectively "State Defendants") and move, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5) to dismiss the *Complaint and Demand for Jury Trial* [Dkt. 1] ("Complaint") filed by Plaintiffs Diego Rodriguez, Levi Anderson, Marissa Anderson, and Miranda Chavoya (collectively "Plaintiffs") for failure to properly effectuate service of process on the State Defendants. The State Defendants seek dismissal as the Plaintiffs have not properly served the State Defendants within 90 days pursuant to Federal Rule of Civil Procedure 4(m). Accordingly, Plaintiffs' Complaint should be dismissed without prejudice.

This motion should be granted based upon the record in this matter and for the reasons set forth in the supporting memorandum filed concurrently herewith.

DATED August 15, 2024.    SCANLAN GRIFFITHS + ALDRIDGE

                                      By   /s/Joseph M. Aldridge
                                              Joseph M. Aldridge – Of the Firm

**MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS - 2**

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 15, 2024, I electronically filed the foregoing document using the ECF system, I also served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

| | |
|---|---|
| Diego Rodriguez<br>Levi Anderson<br>Marissa Anderson<br>Miranda Chavoya<br>1317 Edgewater Dr. #5077<br>Orlando, FL 32804 | ☒ U.S. Mail, Postage Prepaid<br>☐ Facsimile<br>☒ Email<br>    freedommanpress@protonmail.com |

/s/Joseph M. Aldridge  
Joseph M. Aldridge

**MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS - 3**