U.S. COURTS

AUG 23 2024

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Diego Rodriguez
1317 Edgewater Drive #5077
Orlando, FL 32804
(208) 891-7728
*Pro Se*
Email: freedommanpress@protonmail.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DIEGO RODRIGUEZ, individually; LEVI ANDERSON, individually; MARISSA ANDERSON, individually; MIRANDA CHAVOYA, individually<br>        Plaintiffs,<br><br>        vs.<br><br>ST. LUKE'S HOSPITAL, a corporation; IDAHO DEPARTMENT OF HEALTH AND WELFARE, a corporation; DAVE JEPPESEN, an individual; TRACY JUNGMAN, an individual; ROXANNE PRINTZ, an individual; CITY OF MERIDIAN, a municipal corporation; KELSEY JOHNSTON, an individual; JEFF FULLER, an individual; STEVEN HANSEN, an individual; SEAN KING, an individual; KENNETH CAYGLE, an individual; CHRISTOPHER MCGILVERY, an individual; CHIEF TRACY BASTERRECHEA, an individual; and<br>        Defendants. | Case No. 1:24-cv-00159<br><br>**MOTION TO EXTEND TIME** |

COME NOW, Plaintiffs Diego Rodriguez et al to move this Court, pursuant to Rule

6(b)(1)(A) of the Federal Rules of Civil Procedure, for an order extending time to respond to

Defendants' Motion to Dismiss.

DATED this 22nd day of August, 2024.

/s/ Diego Rodriguez
Diego Rodriguez

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on this 22nd day of August, 2024, I caused a true and correct copy of the foregoing to be served upon the following attorney(s) by the manner indicated below:

| | |
|---|---|
| Bruce Castleton<br>Castleton Law PLLC<br>10400 Overland Road, #238<br>Boise, ID 83709 | [   ] U.S. Mail, postage prepaid<br>[   ] Hand Delivery<br>[   ] Overnight Delivery<br>[   ] Facsimile:<br>[ X ] Email: bcastleton@castletonlegal.com<br>[   ] I-Court: |
| Joseph M. Aldridge<br>Special Deputy Attorney General<br>Keegan C. Hahn<br>SCANLAN GRIFFITHS + ALDRIDGE<br>913 W. River Street, Suite 310<br>Boise, Idaho 83702 | [   ] U.S. Mail, postage prepaid<br>[   ] Hand Delivery<br>[   ] Overnight Delivery<br>[   ] Facsimile:<br>[ X ] Email: jma@sgaidaho.com<br>            kch@sgaidaho.com<br>[   ] I-Court: |

*/s/Diego Rodriguez*
Diego Rodriguez