Diego Rodriguez
1317 Edgewater Drive #5077
Orlando, FL 32804
(208) 891-7728
*Pro Se*
Email: freedommanpress@protonmail.com

U.S. COURTS

AUG 23 2024

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DIEGO RODRIGUEZ, individually; LEVI ANDERSON, individually; MARISSA ANDERSON, individually; MIRANDA CHAVOYA, individually<br><br>Plaintiffs,<br><br>vs.<br><br>IDAHO DEPARTMENT of HEALTH AND WELFARE; STATE OF IDAHO; CITY OF MERIDIAN; CHIEF TRACY BASTERRECHEA, individually and in his official capacity as the Chief of Police for the City of Meridian; CHRISTOPHER MCGILVERY; SEAN KING; JEFFREY FULLER; STEVEN HANSEN; KELLEY SHOPLOCK, in her official capacity; NICE LOUFOUA, in her official capacity; DAVE JEPPESEN, in his official capacity as the Director of the Idaho Department of Health and Welfare;<br><br>Defendants. | Case No. 1:24-cv-00159<br><br>**MOTION TO EXTEND TIME** |

COME NOW, Plaintiffs Diego Rodriguez et al, to move this Court for an order extending time to effectuate service.

DATED this 22nd day of August, 2024.

/s/ Diego Rodriguez
Diego Rodriguez

MOTION TO EXTEND TIME — 1

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on this 22nd day of August, 2023, I caused a true and correct copy of the foregoing to be served upon the following attorney(s) by the manner indicated below:

| | |
|---|---|
| Bruce Castleton<br>Castleton Law PLLC<br>10400 Overland Road, #238<br>Boise, ID 83709 | [ ] U.S. Mail, postage prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Delivery<br>[ ] Facsimile:<br>[X] Email: bcastleton@castletonlegal.com<br>[ ] I-Court: |
| Joseph M. Aldridge<br>Special Deputy Attorney General<br>Keegan C. Hahn<br>SCANLAN GRIFFITHS + ALDRIDGE<br>913 W. River Street, Suite 310<br>Boise, Idaho 83702 | [ ] U.S. Mail, postage prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Delivery<br>[ ] Facsimile:<br>[X] Email: jma@sgaidaho.com<br>        kch@sgaidaho.com<br>[ ] I-Court: |

/s/ Diego Rodriguez
Diego Rodriguez